

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00900-CV

**IN THE ESTATE OF MARJORIE A. CHILDS, DECEASED.,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014PC0056
The Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After this court granted Appellant's first and second motions for extensions of time to file the brief, we set Appellant's brief due on March 29, 2019. Before the extended due date, Appellant filed an unopposed third motion for an extension of time to file the brief until April 29, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on April 29, 2019. *See* TEX. R. APP. P. 38.6(d).

**Any further motion for extension of time to file Appellant's brief will be strongly disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court